Hopkins v. Keith.

EPHRAIM HOPKINS v. WILLIAM S. KEITH.

In a suit upon a promissory note against the makers and an indorser, it is
error to dismiss as to one of the makers and take judgment against the in-
dorser; except for causes allowed by the statute. (O. & W. Dig.,
art. 442.)

APPEAL from Hunt. Tried below before the Hon. William S.
Todd.

This was a suit brought by Keith, the appellee, against W. G.
Brown and A. S. McCamant as the makers, and against the ap-
pellant, Hopkins, as the indorser of a note for $112.

Service of process was acknowledged by Brown, and a return
of "not found," made as to McCamant. The plaintiff dismissed
as to McCamant, and took judgment by default against Brown
and Hopkins, from which the latter appealed.

*L. H. Morgan*, for the appellant.

WHEELER, C. J.—The judgment was erroneously rendered
against the indorser after dismissing against the principal for want
of service. (Hart. Dig., art. 705).

Reversed and remanded.